**Jason CHAVANEL; et al., Plaintiffs,**

**Jason Chavanel, Plaintiff–Appellant,**

v.

**James LeBLANC; James Felker; Steven Thomas; Jody Bendily; Kenneth Hutchinson; Ray Schexnayder; Linda Ramsay; Richard Stalder, Defendants–Appellees.**

No. 06–30069
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 30, 2006.

Jason Chavanel, pro se.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Jason Chavanel, Louisiana prisoner # 407939, appeals, *pro se*, the dismissal of his 42 U.S.C. § 1983 complaint for failure both to state a claim upon which relief can be granted and to exhaust administrative remedies. Although he renews the allegations of his complaint, Chavanel does not challenge the district court's conclusion that his claims were barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), expiration of the limitations period, failure to state a claim upon which relief may be granted, and failure to exhaust administrative remedies.

By failing to brief any argument challenging the district court's reasons for dismissal, Chavanel has abandoned those issues. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dal-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*las County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

Chavanel contends that the district court erred in declining to exercise supplemental jurisdiction over his state-law claims. Because the district court dismissed Chavanel's federal claims, the dismissal without prejudice of the state-law claims was not an abuse of discretion. *E.g., Bass v. Parkwood Hosp.,* 180 F.3d 234, 246 (5th Cir. 1999).

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.